**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-50510

UNITED STATES,

Plaintiff-Appellee,

VERSUS

GEORGE DURON,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
(EP-97-CR-595-1-DB)

March 9, 1999

Before DAVIS, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

Based upon our review of the record, the briefs, and the arguments of counsel, we conclude that the verdict was supported by sufficient evidence and the district court committed no reversible error.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.